**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-CR-30073-MJR-CJP-01 |
| | ) | |
| **JARRED CURTIS EVANS,** | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On September 11, 2008, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Jarred Curtis Evans entered a guilty plea to the sole Count of the Superseding Indictment.

By Report filed September 11, 2008, Judge Proud recommends that the undersigned District Judge accept Evans's plea of guilty, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 44). The Report was sent to the parties along with a "NOTICE" informing them of their right to object to Judge Proud's Report. To date, no objections have been filed, and the period in which such objections may be filed has expired.

Accordingly, the undersigned District Judge **ADOPTS** in its entirety Magistrate Judge Proud's Report and Recommendation (Doc. 44), **ACCEPTS** Evans's plea of guilty, **ADJUDGES** Evans guilty, **REFERS** the matter to the United States Probation Office so that a pre-sentence investigation and report can be prepared, and **SETS** a sentencing hearing for **11:00 a.m.**

on December 19, 2008.

       **IT IS SO ORDERED.**

       **DATED this 1st day of October 2008.**

                                           <u>**s/ Michael J. Reagan**</u>
                                           **MICHAEL J. REAGAN**
                                           **United States District Judge**